JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. WAYNE MORGAN, as next friend of DAVID BRIAN MORGAN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JOE BIDEN,<br><br>　　　　　　Respondent. | Case No. CV 24-7920 KK (PVC)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 18, 2024

　　　　　　　　　　　　　　　　KENLY KIYA KATO
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE